UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                Case Number 2:24-cr-99
                                          JUDGE EDMUND A. SARGUS, JR.

TERRANCE TREMALE COLVIN,

    Defendant.

## ORDER

This matter is before the Court on Defendant Terrance Tremale Colvin's Motion to Dismiss Count 6 of the Superseding Indictment (ECF No. 85) and the Government's Motion to Dismiss Count 2 of the Superseding Indictment (ECF No. 88).

Mr. Colvin moves to dismiss Count 6 of Superseding Indictment based on multiplicity of charges. (ECF No. 85.) He argues that Counts 2 and 6 are multiplicitous because both bring firearms offenses arising out of one alleged affirmative act. (*Id.*) Counts 2 and 6 are separate charges for violation of 18 U.S.C. § 924(c), Possession of a Firearm in Furtherance of a Drug Trafficking Crime. (*Id.*) In response, the Government moves to dismiss Count 2, leaving Count 6 remaining. (ECF No. 88.) Mr. Colvin's counsel has advised the Court that Mr. Colvin does not oppose the Government's Motion to Dismiss Count 2.

Accordingly, the Court **GRANTS** the Government's Motion to Dismiss Count 2 (ECF No. 88) and **DENIES as moot** Defendant's Motion to Dismiss Count 6 (ECF No. 85).

**12/10/2025**                                                      **s/Edmund A. Sargus, Jr.**
**DATE**                                                             **EDMUND A. SARGUS, JR.**
                                                                   **UNITED STATES DISTRICT JUDGE**