**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**Case Number 2:24-cr-99**
**JUDGE EDMUND A. SARGUS, JR.**

**TERRANCE TREMALE COLVIN,**

**Defendant.**

**ORDER**

This matter is before the Court on Defendant Terrance Tremale Colvin's Motion to Strike the Government's Untimely Sentencing Memorandum. (ECF No. 162.) Mr. Colvin asks the Court to strike the Government's Sentencing Memorandum (ECF No. 161), explaining that it was filed approximately a week after the Court-ordered deadline (ECF No. 159). (ECF No. 162.) Mr. Colvin argues that the Government failed to move for an extension or demonstrate excusable neglect as required under Federal Rule of Criminal Procedure 45(b)(1)(B). (*Id.* PageID 810.) Mr. Colvin also contends that the Government's late filing has now given him little to no time to file his memorandum in opposition. (*Id.* PageID 810–11; ECF No. 159 (Court notice stating, "the opposing side may file a memorandum in opposition [to any sentencing memorandum] no later than 5 days prior to sentencing").)

The Court **GRANTS IN PART** and **DENIES IN PART** Defendant Terrance Tremale Colvin's Motion to Strike. (ECF No. 162.) The Court construes Mr. Colvin's arguments regarding his memorandum in opposition as a request for a continuance, grants it, and gives Mr. Colvin until **August 12, 2026, at 1 p.m.** to file his memorandum in opposition to the Government's sentencing memorandum. The Court denies Mr. Colvin's request to strike the Government sentencing memorandum. The Court declines to take the drastic action of striking

the Government's memorandum. *See C.S. v. McCrumb*, 135 F.4th 1056, 1069 n.10 (6th Cir. 2025) ("Considered a drastic remedy, motions to strike are viewed with disfavor and are not frequently granted.") (citation modified), *cert. denied*, No. 25-831, 2026 WL 1640900 (U.S. June 8, 2026); *United States v. Andrews*, No. 1:22-cr-20114-2, 2023 WL 6793212, at *2 (E.D. Mich. Oct. 13, 2023) (declining to take the drastic remedy of striking a defendant's untimely brief in a criminal case).

**IT IS SO ORDERED.**

**8/10/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**